

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00105-CV

**IN THE INTEREST OF A.M.W., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1995EM501946
The Honorable Nick Catoe, Jr., Judge Presiding

# O R D E R

 Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on September 26, 2016.

_____
Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2016.



_____
Keith E. Hottle
Clerk of Court